## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Melissa Engel and Matthew Engel,   Civil No. 09-1315 (RHK/AJB)

                Plaintiffs,   **ORDER FOR DISMISSAL**

v.

American Accounts & Advisers, Inc.
and John Doe,

                Defendants.

---

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 10, 2009

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge